# CADWALADER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/13
```

Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

**MEMO ENDORSED**

New York  London  Charlotte  Washington
Houston  Beijing  Hong Kong  Brussels

June 7, 2013



RECEIVED
6 2013
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**VIA FACSIMILE**

The Honorable William H. Pauley III
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re: *Elan Corporation, plc v. RP Management, LLC, et al.*, 1:13-cv-3758 (WHP)

Dear Judge Pauley:

I write on behalf of both parties to request an adjustment of the page limits of the memoranda to be submitted on Elan's motion for a preliminary injunction. Under Rule III(C) of the Court's Individual Rules of Practice, Defendants' opposition brief would ordinarily be limited to twenty-five (25) pages, and Elan's reply brief would be limited to ten (10) pages. In light of the number and complexity of factual and legal issues raised in Elan's motion for a preliminary injunction, the parties hereby jointly request that they each be permitted an additional five (5) pages for their respective briefs, for a total of thirty (30) pages on Defendants' opposition brief and fifteen (15) pages on Elan's reply.

The parties thank the Court for its consideration.

Respectfully Submitted,

*/s/ Gregory A. Markel*

Gregory A. Markel

Counsel for Plaintiff Elan
Corporation, plc

Application granted.

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
6/7/13

Gregory A. Markel  Tel +1 212 504 6112  Fax +1 212 504 6666  gregory.markel@cwt.com
US Active 27960246.1