UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAN CORPORATION, PLC,<br><br>          Plaintiff,<br><br>    -against-<br><br>RP MANAGEMENT, LLC, ECHO PHARMA ACQUISITION LIMITED, RPI US PARTNERS, LP, RPI US PARTNERS II, LP, RPI INTERNATIONAL PARTNERS, LP and RPI INTERNATIONAL PARTNERS II, LP,<br><br>          Defendants. | 1:13-cv-3758 (WHP) (KNF)<br><br>ELECTRONICALLY FILED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elan Corporation, plc, by and through its undersigned attorneys, hereby voluntarily dismisses the above-referenced action against Defendants RP Management, LLC, Echo Pharma Acquisition Limited, RPI US Partners, LP, RPI US Partners II, LP, RPI International Partners, LP and RPI International Partners II, LP, with prejudice.

Dated: New York, New York
     June 10, 2013

                     CADWALADER, WICKERSHAM & TAFT LLP

                     By:   /s/ Gregory A. Markel
                         Gregory A. Markel
                         Martin L. Seidel

                     One World Financial Center
                     New York, New York 10281
                     Telephone:  (212) 504-6000
                     Facsimile:  (212) 504-6666
                     gregory.markel@cwt.com
                     martin.seidel@cwt.com

                     *Attorneys for Plaintiff Elan Corporation, plc*